**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **IN THE MATTER OF THE CRIMINAL COMPLAINT OF:** | ) | |
| | ) | **Case No.** 2:26-mj-636 |
| **Fernando GERON-Lopez** | ) | |
| | ) | |
| | ) | **Magistrate Judge Vascura** |

**AFFIDAVIT OF CHANDLER JENT IN SUPPORT OF CRIMINAL COMPLAINT**

I, United States Immigration and Customs Enforcement Deportation Officer, Chandler Jent, being first duly sworn, depose and state as follows:

1. I am a Deportation Officer with U.S. Immigration and Customs Enforcement (ICE). I have been a Deportation Officer since December 1, 2025. I am assigned to the Columbus, Ohio Office of Enforcement and Removal Operations. I have investigated both criminal and administrative matters involving aliens in the United States.

While investigating Fernando GERON-Lopez (GERON-Lopez), I have learned the following facts:

2. GERON-Lopez is a citizen of Mexico and not a citizen of the United States.

3. On or about September 20, 2011, GERON-Lopez was arrested by ICE in Columbus, Ohio. On or about September 20, 2011, GERON-Lopez was served Immigration Form I-862 (Notice to Appear) charging removability pursuant Section 212(a)(6)(A)(i) of the Immigration and Nationality Act.

4. On or about December 14, 2011, GERON-Lopez pled guilty to one count of Attempted Felonious Assault, a Third-Degree Felony, in violation of Ohio Revised Code 2903.11, Franklin County (Ohio) Court of Common Pleas Case No. 11-CR-005188. For this offense, a judge ordered GERON-Lopez to serve a term of three years of probation.

5. On or about December 19, 2011, GERON-Lopez was ordered removed by an immigration judge in Cleveland, Ohio, pursuant to Section 212(a)(6) of the Immigration and Nationality Act. GERON-Lopez was physically removed on this order on or about December 27, 2011, via Laredo, Texas. On that day, GERON-Lopez surrendered his fingerprint and photo for Immigration form I-294 (Warning to Alien Ordered Removed or Deported) and signed the same form. GERON-Lopez's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-294.

6. On or about February 16, 2012, GERON-Lopez was arrested by U.S Border Patrol (USBP) in Nogales, Arizona. On or about that same date, GERON-Lopez was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about February 18, 2012, GERON-Lopez was physically removed on this order via Calexico, California. On or about that same date, GERON-Lopez surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. GERON-Lopez's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

7. On or about July 21, 2014, GERON-Lopez was arrested by ICE in Columbus, Ohio. On or about that same date, GERON-Lopez was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about August 19, 2014, GERON-Lopez was physically removed on his prior removal order via Laredo, Texas. On or about that same date, GERON-Lopez surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. GERON-Lopez's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

8. On or about November 16, 2021, GERON-Lopez was arrested by ICE in Columbus, Ohio. On or about that same date, GERON-Lopez was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about December 28, 2021, GERON-Lopez was physically removed on his prior removal order via Harlingen, Texas. On or about that same date, GERON-Lopez surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. GERON-Lopez's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

9. On or about March 20, 2022, GERON-Lopez was arrested by USBP in Sasabe, Arizona. On or about that same date, GERON-Lopez was served Immigration form I-871 (Notice of Intent/Decision to Reinstate Prior Order). On or about March 26, 2025, GERON-Lopez was physically removed on this order via Calexico, California. On or about that same date, GERON-Lopez surrendered his fingerprint and photo for Immigration form I-205 (Warrant of Removal/Deportation) and signed the same form. GERON-Lopez's departure was witnessed by an immigration officer who documented the departure by way of signature on Immigration form I-205.

10. On or about August 16, 2026, the Ohio State Highway Patrol arrested GERON-Lopez in Columbus, Ohio, in the Southern District of Ohio, and charged him with Operating Vehicle Under the Influence of Alcohol or Drugs (M1) in Franklin County (Ohio) Municipal Court Case No. 26-TRC-134205. On or about August 16, 2026, the Franklin County Sheriff's Office submitted GERON-Lopez's fingerprints to the Law Enforcement Support Center (LESC) in Williston, Vermont. The LESC queried GERON-Lopez's fingerprints in immigration databases and confirmed GERON-Lopez's identity as well as his inadmissibility to the United States. The LESC then returned an electronic notification to ICE Columbus notifying ICE Columbus that GERON-Lopez is residing in the U.S. without lawful status and GERON-Lopez

has not been granted permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reenter the United States.

Your Affiant submits that the foregoing facts establish probable cause that GERON-Lopez has committed a violation of 8 U.S.C. § 1326(a) & (b)(1), in that he is an alien who has been deported, or removed, or has departed the United States while an order of exclusion, deportation, or removal is outstanding; thereafter, entered, attempted to enter, or was at any time found in the United States without permission from the Attorney General of the United States or the Secretary of the U.S. Department of Homeland Security to reenter; and whose removal was subsequent to a conviction for a felony (other than an aggravated felony).

CHANDLER W JENT Digitally signed by CHANDLER W JENT Date: 2026.10.14 01:32:20 -04'00'

Chandler W. Jent
Deportation Officer
Immigration and Customs Enforcement

Sworn to on this 14th day of October, 2026.

Chelsey M. Vascura
United States Magistrate Judge